UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORAL AVIATION GROUP and | : | |
| JAMES DASTRA, | : | |
|           Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| READING REGIONAL AIRPORT | : | No. 5:23-cv-01838 |
| AUTHORITY, aka READING REGIONAL | : | |
| AIRPORT, | : | |
| ANDREW M. MULLER, JR. | : | |
| CHRISTINA MULLER-LEVAN, | : | |
| READING JET CENTER, INC., | : | |
| DAVID HEATH, | : | |
| PETER KNIGHT, | : | |
| MILLENNIUM AVIATION, INC., | : | |
| CHRISTIAN LEINBACH, | : | |
| PAMELA SHUPP MENET, | : | |
| ZACKARY TEMPESCO, and | : | |
|           Defendants | : | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)1(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)1(A)(i), Plaintiffs, Coral Aviation Group and James Dastra hereby give notice that this action is voluntarily dismissed as to the following Defendants:

Reading Regional Airport Authority aka Reading Regional Airport;

Christian Leinbach;

Pamela Shupp Menet; and

Zackary Tempesco.

None of the following Defendants, Reading Regional Airport Authority aka Reading Regional Airport, Christian Leinbach, Pamela Shupp Menet nor Zackary Tempesco have served an answer or motion for summary judgment in this action. No crossclaims or

counterclaims have been filed by any Parties to this action against Reading Regional Airport Authority aka Reading Regional Airport, Christian Leinbach, Pamela Shupp Menet or Zackary Tempesco.

Accordingly, Plaintiffs voluntarily dismiss this action against Reading Regional Airport Authority aka Reading Regional Airport, Christian Leinbach, Pamela Shupp Menet nor Zackary Tempesco, **with** prejudice.

    Respectfully Submitted,

    **RUSH LAW GROUP, LLC**

    **/s/ William R.A. Rush**
William R.A. Rush, Esq.
38 N. 6th Street
Reading, PA 19601

Dated: June 27, 2024

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORAL AVIATION GROUP and : <br> JAMES DASTRA, : <br>         Plaintiffs : <br> : <br> v. : <br> : <br> READING REGIONAL AIRPORT : <br> AUTHORITY, aka READING REGIONAL : <br> AIRPORT, : <br> ANDREW M. MULLER, JR. : <br> CHRISTINA MULLER-LEVAN, : <br> READING JET CENTER, INC., : <br> DAVID HEATH, : <br> PETER KNIGHT, : <br> MILLENNIUM AVIATION, INC., : <br> CHRISTIAN LEINBACH, : <br> PAMELA SHUPP MENET, : <br> ZACKARY TEMPESCO, and : <br>         Defendants : | CIVIL ACTION <br> No. 5:23-cv-01838 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (if any) on or before the below date.

| | |
|---|---|
| Jeffrey D. Bukowski, Esquire <br> Smith Bukowski <br> 1050 Spring Street <br> Wyomissing, PA 19610 <br> *Counsel for Defendants, Christian Leinbach and Pamela Shupp Menet* | Lawrence J. Moran, Jr., Esquire <br> Joyce, Carmody & Moran, P.C. <br> 1500 Walnut Street, 22nd Floor <br> Philadelphia, PA 19102 <br> *Counsel for Defendants, Reading Jet Center, Inc., Andrew M. Muller, Jr., and Christina Muller-Levan* |

| | |
|---|---|
| Joseph L. Turchi, Esquire<br>1601 Market Street<br>Suite 2500<br>Philadelphia, PA  19103<br>*Counsel for Defendants, Peter Knight and Millennium Aviation, Inc.* | Samuel W. Cortes, Esquire<br>Fox Rothschild LLP<br>747 Constitution Drive<br>Exton, PA  19341<br>*Counsel for Defendant, Matrix Aviation, LLC* |

John P. Gonzales, Esquire
Marshall Dennehey
183 Bustleton Pike
Feasterville-Trevose, PA 19053
*Counsel for Defendants, Reading Regional Airport Authority, Christian Leinbach, Pamela Shupp Menet, and Zackary Tempesco*

                                                Respectfully Submitted,

                                                **RUSH LAW GROUP, LLC**

                                                **/s/ William R.A. Rush**
                                                William R.A. Rush, Esq.
                                                38 N. 6th Street
                                                Reading, PA 19601

Dated: June 27, 2024