IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORAL AVIATION GROUP, JAMES DASTRA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1838 |
| | : | |
| **ANDREW M. MULLER, JR., CHRISTINA MULLER-LEVAN, READING JET CENTER, INC., DAVID HEATH, PETER KNIGHT, MILLENIUM AVIATION, INC.** | : : : : : | |

## ORDER

**AND NOW**, this 21st day of August 2024, upon considering defendants Peter Knight and Millennium Aviation, Inc.'s motion to dismiss (DI 41), defendants Reading Jet Center, Inc., Andrew M. Muller, Jr., and Christina Muller-Levan's motion to dismiss (DI 43), plaintiffs' oppositions (DI 49, 50), defendants' replies (DI 54, 55), defendant David Heath's motion to dismiss (DI 64), plaintiffs' opposition (DI 69), defendant's reply (DI 70), defendants Peter Knight and Millennium Aviation, Inc.'s supplemental brief (DI 87), defendant David Heath's supplemental brief (DI 88), defendants Reading Jet Center, Inc., Andrew M. Muller, Jr., and Christina Muller-Levan's supplemental brief (DI 89), and following oral argument held on March 12, 2024, it is **ORDERED**:

1. We dismiss plaintiffs' Clayton and Sherman Act claims (Counts I and II) because defendants are entitled to immunity.

2. We decline to exercise supplemental jurisdiction over the remaining state law claims.

3. Defendants Peter Knight and Millennium Aviation, Inc.'s motion to dismiss (DI 41), defendants Reading Jet Center, Inc., Andrew M. Muller, Jr., and Christina Muller-Levan's

motion to dismiss (DI 43), and defendant David Heath's motion to dismiss (DI 64) are **GRANTED** without prejudice.

    4.    The Clerk of Court shall **close** this case.

_____
MURPHY, J.